### Charles C. MOORE, Jr., Plaintiff— Appellant,

v.

Terry SIMMONS; Matthew Delbridge; Paul Horton; James B. Bennett; James King, Mailroom Supervisor; Robert Smith, Superintendent; Larry Dale, Assistant Supervisor; Marvin L. Polk, Warden; John H. Connell, Clerk; Municipality Snow Hill County Court Administration Department, Defendants—Appellees.

No. 07–6911.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 30, 2007.

Decided: Sept. 11, 2007.

Charles C. Moore, Jr., Appellant Pro Se.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles C. Moore, Jr. appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no error. Accordingly, we affirm for the reasons stated by the district court. *See Moore v. Simmons,* No. 5:06–CT–03143–H (E.D.N.C. May 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*